AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**   **CRIMINAL COMPLAINT**

**VEGA MARTINEZ, SILVIA**   CASE NUMBER: 1:20-**PO 015**
A213 548 219

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __3/15/2020__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by willful concealment of a material fact, and in furtherance of such violation presented a United States Passport Card,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Brownsville Veterans International Bridge in Brownsville, Texas. The defendant presented a United States Passport Card bearing the name of JENNIFER RAMIREZ and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined, that the defendant is not the rightful owner of the document presented. The defendant was determined to be a citizen and national of Mexico with no legal status to enter and/or be in the United States.

Subject in possession of $130.00 U.S. Dollars.

**Continued on the attached sheet and made a part hereof:**   ___Yes   _X_ No

/s/
_____
**IVAN E. LEIJA CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

__March 17, 2020__   at   __BROWNSVILLE, TEXAS__
Date                                                 City and State

**IGNACIO TORTEYA III, U.S.MAGISTRATE JUDGE** _____
Name & Title of Judicial Officer                    Signature of Judicial Officer