

## U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

*U.S. Courthouse*     *Phone (956) 548-2554*
*600 E. Harrison, Suite 201*     *Fax (956) 548-2711*
*Brownsville, TX 78520*

Complaint dismissed on
March 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE

The Honorable Ignacio Torteya, III
United States Magistrate Judge
United States Courthouse
Brownsville, Texas

        In re: U.S. vs     SILVIA VEGA-MARTINEZ
        Magistrate No.     B-20-015-MJ
        Complaint filed on     March 17, 2020
        Magistrate Judge     Ignacio Torteya, III

Dear Magistrate Judge Torteya, III:

We hereby request that the above-entitled captioned complaint be dismissed in the interest of justice.

        Sincerely,

        RYNA K. PATRICK
        UNITED STATES ATTORNEY

        *s/ Paul Marian*
        Paul Marian
        Assistant United States Attorney

cc:     U.S. Marshal, Brownsville, TX