

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

United States District Court
Southern District of Texas
**ENTERED**
March 17, 2020
David J. Bradley, Clerk

*U.S. Courthouse*
*600 E. Harrison, Suite 201*
*Brownsville, TX 78520*

*Phone (956) 548-2554*
*Fax (956) 548-2711*

Complaint dismissed on March 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE

The Honorable Ignacio Torteya, III
United States Magistrate Judge
United States Courthouse
Brownsville, Texas

In re: U.S. vs   SILVIA VEGA-MARTINEZ
Magistrate No.   B-20-015-MJ
Complaint filed on   March 17, 2020
Magistrate Judge   Ignacio Torteya, III

Dear Magistrate Judge Torteya, III:

We hereby request that the above-entitled captioned complaint be dismissed in the interest of justice.

Sincerely,

RYNA K. PATRICK
UNITED STATES ATTORNEY

*s/ Paul Marian*
Paul Marian
Assistant United States Attorney

cc:   U.S. Marshal, Brownsville, TX